# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-03763-AB (SK) | Date | June 26, 2020 |
|---|---|---|---|
| Title | Marlin Donnell Polk v. United States of America | | |

Present: The Honorable **Steve Kim, United States Magistrate Judge**

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER RE VOLUNTARY DISMISSAL**

Pursuant to the letter brief (ECF 5) filed on June 25, 2020 by Jelani Lindsey, DFPD on behalf of Petitioner Marlin Donnell Polk, Petitioner agrees to withdraw and requests dismissal of his Petition. Accordingly, the Petition is hereby DISMISSED without prejudice.

IT IS SO ORDERED.